UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN DORNAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER |
| | * | |
| ST. CHARLES C-STORE, LLC. | * | SECTION |
| | * | |

**************************************

**COMPLAINT FOR VIOLATION OF
THE AMERICAN DISABILITIES ACT**

1.

Jurisdiction and venue are proper as filing under 42 USC 12101, et seq public accommodations and commercial facilities.

2.

The complaint of Sean Dornan, hereinafter referred to as complainant, is a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, respectfully represents:

3.

Defendant, St. Charles C-Store, LLC hereinafter referred to as respondent is a domestic corporation with its domicile in Metairie, Louisiana d/b/a Discount Zone, located at 3434 St. Charles Avenue, New Orleans, Louisiana, authorized to do and conducting business at and in the Parish of Orleans, State of Louisiana and is liable onto complainant for damages sustained as a result of violations of The American Disabilities Act as will be more fully shown, to-wit:

4.

On April 30, 2017, your complainant entered the store belonging to respondent and accompanied by his properly vested and certified service dog, Mollie; an employee of respondent

began shouting at complainant demanding that he remove himself and his dog from the facility.

5.

Complainant advised defendant's employee that Mollie was a properly vested and certified service animal and that it was a violation of the American With Disabilities Act to refuse accommodation into a commercial facility of a disabled person with a properly vested and certified service animal.

6.

Nevertheless, and in disregard for the notice spoken to the respondent's employee and the American With Disabilities Act this employee forced complainant to remove himself and his properly vested and certified dog from the commercial facility all in violation of the American With Disabilities Act.

7.

Complainant's report of this violation of the American With Disabilities Act is noted in the New Orleans Police Department Incident Number D-37340-17.

WHEREFORE, complainant prays that service and citation be issued to defendant, St. Charles C-Store, LLC d/b/a Discount Zone, and that the defendant be required to respond and answer same or be cast in judgment for damages sustained to complainant, including, but not limited to attorney's fees, damages as may be deemed equitable and reasonable under the circumstances, and for all costs incurred in these proceedings.

Respectfully submitted:

s/Ann B. Steinhardt

                                                _____
                                                Ann Bucaro Steinhardt, LSBA #12437
                                                3715 Delgado Drive
                                                New Orleans, LA  70119
                                                Telephone:  (504) 486-8246
                                                Facsimile:   (504) 488-3761

**Please Issue Citation:**

**St. Charles C-Store, LLC**
**Through its registered agent for service of process:**
**Yas Isvandi**
**5920 Veterans Blvd.,**
**Metairie, LA  70003**