UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN DORNAN | CIVIL ACTION |
| VERSUS | NO: 18-4410 |
| ST. CHARLES C-STORE, LLC | SECTION: "I" |

# J U D G M E N T

This matter was brought before the Court following a call of the docket and notice to the attorney of record to show cause why no action has been taken. No good cause being shown, the Court ordered the case dismissed. Pursuant to the call docket,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendant St. Charles C-Store, LLC and against plaintiff Sean Dornan, dismissing plaintiff's claims against defendant without prejudice.

New Orleans, Louisiana, this 23rd day of October, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE