MINUTE ENTRY
AFRICK, J.
December 20, 2018
JS-10 00:05

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEAN DORNAN** | **CIVIL ACTION** |
| **VERSUS** | **No. 18-4410** |
| **ST. CHARLES C-STORE, LLC** | **SECTION I** |

The Court held a telephone conference on this date with counsel for plaintiff Sean Dornan ("Dornan"). The Court discussed Dornan's pending motion[1] to set aside the Court's judgment of dismissal[2] and to reopen the above-captioned matter. The Court previously dismissed Dornan's case without prejudice because St. Charles C-Store did not answer the complaint and Dornan did not timely enter default or appear at the October 23, 2018 call docket.[3]

Counsel was advised that on reviewing the record, the Court discovered that defendant St. Charles C-Store, LLC ("St. Charles C-Store") has not been properly

---

[1] R. Doc. No. 27. Dornan asks the Court to reopen the above-captioned matter pursuant to Rule 60(b) because the cause of the dismissal was Dornan's mistake and excusable neglect. *Id.* at 1. However, since Dornan filed the motion within 10 days of the dismissal, R. Doc. No. 25, the Court construes the motion as a Rule 59(e) motion to alter or amend the judgment. *See Searls v. Insureco Agency & Ins. Co.*, No. 07-4250, 2008 WL 687294, at *1 (E.D. La. Mar. 10, 2008) (Africk, J.).
[2] R. Doc. No. 25.
[3] R. Doc. No. 24.

served.[4] Providing Dornan with additional time to file a motion to enter default would be futile because St. Charles C-Store has not been properly served and, therefore, the clerk of court cannot enter a default.

Accordingly,

**IT IS ORDERED** that Dornan's motion is **DENIED**.

New Orleans, Louisiana, December 20, 2018.

                    **LANCE M. AFRICK**
                **UNITED STATES DISTRICT JUDGE**

---

[4] *See* R. Doc. No. 14. As shown on the summons, St. Charles C-Store's agent for service of process is Yas Isavndi, but the summons was served on Moustafa Mahmoud, corporate officer and manager.